1  *(COUNSEL LISTED ON THE FOLLOWING PAGE)*

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **SACRAMENTO DIVISION**

11

| | |
|---|---|
| 12  JOSEPH TERRAS, and BOBBY TYLER, as individual California residents, on behalf of themselves and all others similarly situated, | Case No.:  2:14-cv-02277-MCE-CMK |
| Plaintiffs, | **JOINT STIPULATION AND ORDER FOR PLAINTIFFS TO FILE THEIR SECOND AMENDED COMPLAINT** |
| vs. | **[Fed. R. Civ. P. 15; E.D. Cal. Local R. 137, 143 and 220]** |
| TRINITY RIVER LUMBER COMPANY, a California corporation; and DOES 1 through 100, inclusive, | Hon. Morrison C. England, Jr. |
| Defendant. | Date Filed: September 30, 2014  Trial Date: NONE SET |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  JOSE R. GARAY, ESQ., SBN 200494
   JGARAY@GARAYLAW.COM
2  JOSE GARAY, APLC
3  9861 Irvine Center Drive
   Irvine, CA 92618
4  T: (949) 208-3400
5  F: (949) 713-0432

6  *Attorneys for Plaintiffs*

7

8

9  Steven H. Gurnee, Bar No. 66056
   Nicholas P. Forestiere, Bar No. 125118
10 **GURNEE MASON & FORESTIERE LLP**
11 2240 Douglas Boulevard, Suite 150
   Roseville, California 95661
12 Telephone (916) 797-3100
13 Facsimile (916) 797-3131

14 Wayne H. Marie, Bar No. 88850
15 Patrick L Deedon, Bar No. 245490
   **MARIE BURGESS & DEEDON**
16 P.O. Drawer 994607
17 Redding, CA  96099

18 *Attorneys for Defendant*
19 *Trinity River Lumber Company*

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER FOR PLAINTIFFS TO
FILE A SECOND AMENDED COMPLAINT

WHEREAS, on September 30, 2014, Plaintiffs JOSEPH TERRAS, and BOBBY TYLER (collectively "Plaintiffs"), as individual California residents, on behalf of themselves and all others similarly situated, filed a Complaint asserting a hybrid putative class and collective action against Defendant TRINITY RIVER LUMBER COMPANY ("Defendant"), a California corporation.

WHEREAS, on December 15, 2014, Defendant filed its Motion to Dismiss, For A More Definite Statement and to Strike the Complaint.

WHEREAS, on February 5, 2015, Plaintiffs and Defendant (the "Parties") filed A Stipulation and Order for Plaintiffs To File Their First Amended Complaint.

WHEREAS, on February 11, 2015, Plaintiffs filed their First Amended Complaint.

WHEREAS, on February 23, 2015, Defendant filed its Motion to Dismiss, For A More Definite Statement and to Strike the First Amended Complaint.

WHEREAS, on March 16, 2015 Plaintiffs files a Second Amended Complaint without leave of court instead of opposing Defendant's Motion to Dismiss the First Amended Complaint.

WHEREAS, on March 27, 2015 the Court issued a minute order striking Plaintiffs' Second Amended Complaint.  Plaintiffs' First Amended Complaint is currently the operative complaint.

WHEREAS, although the Parties have been working together in a good faith attempt to resolve the issues raised by Defendant's Motions and Plaintiffs have prepared a draft of their Second Amended Complaint, Defendant contends that the Second Amended Complaint still has many of the fatal deficiencies raised in its Motion to Dismiss the First Amended Complaint, including the failure to allege facts required for Plaintiffs' claims and allegations.  The Parties are still working towards resolving those disputed issues prior to the filing of the Second Amended Complaint.

JOINT STIPULATION AND ORDER FOR PLAINTIFFS TO
FILE A SECOND AMENDED COMPLAINT

1    WHEREAS, the Parties agree that the Second Amended Complaint will be
2  promptly filed, and that Defendant shall have the right to file a response to the
3  Second Amended Complaint to raise any deficiencies it claims may still exist as to
4  the Second Amended Complaint and any subsequent amended pleading.

5    THEREFORE, pursuant to the Federal Rules of Civil Procedure Rule 15 and
6  Civil Local Rules 220, 143 and 137, Plaintiffs and Defendant, through their
7  undersigned counsel, hereby stipulate and agree to the following:

8    1.    Plaintiffs shall promptly file their Second Amended Complaint The
9  Second Amended Complaint to be filed is attached hereto as Exhibit A; and

10    2.    Defendant agrees to withdraw its Motion to Dismiss, for a More
11  Definite Statement and to Strike Plaintiffs' First Amended Complaint, provided
12  that Plaintiffs promptly file their Second Amended Complaint.  Defendant retains
13  the right to file a response, including another appropriate motion, to the Second
14  Amended Complaint.  Defendant shall have 14 days after service of the Second
15  Amended Complaint to file its response and/or another motion thereto.

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

JOINT STIPULATION AND ORDER FOR PLAINTIFFS TO
FILE A SECOND AMENDED COMPLAINT

1    AGREED TO BY:

2

3    DATED:  May 19, 2015         JOSE GARAY, APLC

4

5                         By:      _____/s/_____

6                               JOSE GARAY, Attorney for Plaintiffs JOSEPH TERRAS and BOBBY TYLER

7

8

9    DATED:  May 15, 2015         GURNEE MASON & FORESTIERE LLP

10

11                        By:      _____/s/_____

12                               Steven H. Gurnee

                                 Nicholas P. Forestiere

13                               Attorneys for Defendant

                                 Trinity River Lumber Company

14

15

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

JOINT STIPULATION AND ORDER FOR PLAINTIFFS TO
FILE A SECOND AMENDED COMPLAINT

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, Plaintiffs have leave to promptly file a Second Amended Complaint.  Upon the filing of the Second Amended Complaint, Defendant's Motion to Dismiss, Motion for a More Definite Statement and Motion to Strike Plaintiffs' First Amended Complaint (ECF No. 23) is dropped without prejudice to Defendant's filing such a motion to the Second Amended Complaint.   Defendants shall have 14 days after being served with the Second Amended Complaint to file its response to the Second Amended Complaint.

Given this stipulation and order, the order to show cause hearing scheduled for May 28, 2015 by Minute Order issued May 6, 2015 (ECF No. 26) is hereby vacated.

IT IS SO ORDERED.

Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND ORDER FOR PLAINTIFFS TO
FILE A SECOND AMENDED COMPLAINT