JOSE R. GARAY (SBN 200494)
**JOSE GARAY, APLC**
25255 Cabot Road, Suite 219
Laguna Hills, CA 92653
T: (949) 208-3400
F: (949) 713-0432
jgaray@garaylaw.com

*Attorney for Plaintiffs Darren Shane Panter, Joseph Todd Terras, Bobby Tyler on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN SHANE PANTER, JOSEPH TODD TERRAS, and BOBBY TYLER, as individual California residents, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> vs. <br> TRINITY RIVER LUMBER COMPANY, a California corporation; <br><br> Defendant. | Case No.: 2:14-cv-02277-MCE-CMK <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT <br><br> Date of Hearing:  February 23, 2017 <br> Time of Hearing:  2:00 p.m. <br> Courtroom 7, 14th Floor <br> Hon. Morrison C. England <br><br> Complaint Filed:  September 30, 2014 <br><br> First Amended Complaint Filed: February 11, 2015 <br><br> Second Amended Complaint Filed: May 28, 2015 |

Plaintiff's Motion for Preliminary Approval of Class Action Settlement came on for hearing before the Honorable Morrison C. England, on February 23, 2017, at 2:00 p.m. Defendant Trinity River Lumber Company filed a Statement of Non-Opposition to Plaintiff's Motion of February 1, 2017. The Motion was thereafter submitted on the briefing in accordance with the provisions of Eastern District Local Rule 230(g). The Court, having considered the evidence presented and the papers submitted by counsel, , grants Plaintiffs' Motion and HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminary approval of the settlement based upon the terms set forth in the "Stipulation of Class Action Settlement." Capitalized terms in this Order shall have the definitions set forth in the Stipulation of Settlement.

2. The Court hereby preliminarily certifies a Settlement Class as defined in the Stipulation of Settlement pursuant to the terms and conditions of the Stipulation of Settlement and solely for the purposes set forth therein.

3. The Court hereby preliminarily determines that the Settlement set forth in the Stipulation of Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final approval hearing. It appears to the Court that substantial investigation and research have been conducted such that counsel for the Parties at this time are reasonably able to evaluate their respective positions. It further appears to the Court that settlement will avoid substantial additional costs by all Parties, as well as the delay and risk that would be presented by further prosecution of the Action. It further appears to the Court that the proposed settlement that has been reached is the result of intensive, serious, non-collusive, arm's-length negotiations.

4. The Court approves, as to form and content, the Claim Form and the Notice of Proposed Class Action Settlement ("Class Notice") in substantially the form attached to the Stipulation of Settlement as Exhibits A and B. The Court finds that the Class Notice fairly and adequately apprises Settlement Class Members of their rights under the Settlement.

5. The Court approves the mailing of the Class Notice by first class mail to the Settlement Class in accordance with the schedule and procedures set forth in the Stipulation of Settlement. The Court finds that the dates and method selected for the mailing and distribution of the Class Notice, as set forth in the Stipulation of Settlement, meet the requirements of due process and provide the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

6. The Claims Administrator shall be Phoenix Settlement Administrators.

7. The Court finds that Jose R. Garay of Jose Garay, APLC adequately represented the Settlement Class and is appointed as Class Counsel.

8. For settlement purposes only, the Court finds that Plaintiffs Darren Shane Panter, Joseph Todd Terras, and Bobby Tyler ("Plaintiffs") are adequate representatives of the Settlement Class and appoints them as such.

9. Pending final determination as to whether the Settlement set forth in the Joint Stipulation of Settlement should be approved, the Plaintiffs and Settlement Class Members, whether directly, representatively, or in any other capacity, whether or not such persons have appeared in this action, shall not institute or prosecute any claims or actions against the Released Parties (as defined in the Stipulation of Settlement) which in any manner concern the Released Claims (as defined in the Joint Stipulation of Settlement).

10. The Final Approval hearing shall be scheduled for May 18, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: February 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE