JOSE R. GARAY, ESQ. (SBN 200494)
JOSE GARAY, APLC
25255 Cabot Road, Ste. 219
Laguna Hills, CA 92653
Telephone: (949) 208-3400
Facsimile: (949) 713-0432
jgaray@garaylaw.com

Attorneys for Plaintiffs Darren Shane Panter, Joseph Todd Terras, Bobby Tyler, on behalf of themselves and all others similarly situated.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN SHANE PANTER, JOSEPH TODD TERRAS, and BOBBY TYLER, as individual California residents, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRINITY RIVER LUMBER COMPANY, a California corporation;<br><br>Defendant. | Case No.: 2:14-CV-02277-MCE-CMK<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, COSTS AND ENHANCEMENT AWARD**<br><br>Date of Hearing:  May 18, 2017<br>Time of Hearing:  2:00 p.m.<br>Courtroom 7, 14th Floor<br>Hon. Morrison C. England<br><br>Complaint Filed:  September 30, 2014<br><br>First Amended Complaint Filed: February 11, 2015<br><br>Second Amended Complaint Filed: May 28, 2015 |

Please take notice that, on May 18, 2017, at 2:00 p.m. or as soon thereafter as counsel may be heard, in Courtroom 7 (14th Floor) of the United States District Court for the Eastern District of California, located at the Robert T. Matsui United States Courthouse 501 I Street, Sacramento, CA 95814, before the Honorable District Court Judge Morrison C. England, Jr., Plaintiffs Darren Shane Panter, Joseph Todd Terras, and Bobby Tyler (hereinafter "Plaintiffs"), will and hereby move the Court for an order granting final approval of the class action settlement reached with Defendant Trinity River Lumber Company ("Defendant"), which was preliminarily approved by the Court on February 16, 2017 (the "Settlement").  Specifically, Plaintiffs move for an order:

1. Granting final approval of the Settlement, and finding the terms of the Settlement to be fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of distributions to class members; the procedure for giving notice to class members; the procedure for objecting to or opting out of the Settlement; and the maximum amounts allocated to an incentive payment, costs and attorney's fees.

2. Certifying for settlement purposes the Settlement Class described in the Settlement, defined as follows: *"All hourly non-exempt former and current employees at Trinity in Calfiornia employed from September 30, 2010 until February 16, 2017."*

3. Finding that class members were provided proper and adequate notice of their rights in a manner that satisfies the requirements of due process.

4. Directing that all class members who did not timely file an "opt-out" request are barred from prosecuting against the Released Parties any and all released claims as set forth in the Settlement.

5. Directing payment from the settlement fund of settlement administration fees to Phoenix Settlement Administrators ("PSA") in the amount of $11,000.00 in accordance with the Settlement.

6. Directing payment from the settlement fund of settlement benefits to Class Members in accordance with the Settlement.

7. Awarding Plaintiff's counsel the amount of $7,000.00 for costs.

8. Awarding Plaintiff's counsel the amount of $91,670.00 for attorney's fees.

9. Awarding Plaintiff Panter the amount of $12,000.00 as a class representative enhancement award.

10. Awarding Plaintiff Terras $12,000.00 as a class representative enhancement and awarding $5,000.00 as reimbursement for lost tools.

11. Awarding Plaintiff Tyler $12,000.00 as a class representative enhancement award.

12. Entering a final judgment dismissing the action with prejudice.

13. Providing that, notwithstanding entry of final judgment, the Court shall retain jurisdiction in this matter for the purposes of interpreting or enforcing the Settlement or final judgment.

Plaintiffs' motion is made under Rule 23 of the Federal Rules of Civil Procedure on the grounds that the Settlement is fair, reasonable and adequate; in accordance with due process, class members were provided notice of their rights under the Settlement in a reasonable manner and were given a reasonable opportunity to exclude themselves from the Settlement; and the amounts of fees, costs and enhancement award requested by Plaintiffs are reasonable.

Plaintiffs' motion is based on this Notice and attached Memorandum of Points and Authorities, the Declarations of Jose R. Garay and Melissa Meade submitted herewith; all other pleadings and papers on file in this action; and any oral argument or other matter that may be considered by the Court.

Dated: May 1, 2017                                              JOSE GARAY, APLC


                                                    By:  *s/Jose Garay*_____
                                                         JOSE R. GARAY, ESQ
                                                         Attorneys for Plaintiffs