# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOSEPH TERRAS, ET AL.,**

CASE NO: **2:14–CV–02277–MCE–CMK**

v.

**TRINITY RIVER LUMBER COMPANY,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/16/2017**

**Marianne Matherly**
Clerk of Court

ENTERED: **May 31, 2017**

by: /s/ K. Zignago
Deputy Clerk